**2008–0466. Ohio Consumers' Counsel v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 05–724–EL–UNC, 05–725–EL–UNC, 06–1068–EL–UNC, 06–1069–EL–UNC, and 06–1085–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Duke Energy Ohio,

It is ordered by the court that the motion is granted.

## RECONSIDERATION OF PRIOR DECISIONS

**2008–0339. Metzenbaum v. Guzman.**

Cuyahoga App. No. 90781, 2008-Ohio-56. Reported at 117 Ohio St.3d 1466, 2008-Ohio-1829, 884 N.E.2d 1100. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS

**2007–1701. State ex rel. Certified Oil Corp. v. Ryan.**

Franklin App. No. 06AP–835, 2007-Ohio-3877. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–1807. Ohio Bell Tel. Co. v. Levin.**

Board of Tax Appeals, No. 2005–K–202.

## CASE ANNOUNCEMENTS

*May 1, 2008*

[Cite as *05/01/2008 Case Announcements*, 2008-Ohio-2027.]

## MOTION AND PROCEDURAL RULINGS

**2008–0703. Kelly v. May Assoc. Fed. Credit Union.**

Summit App. No. 23423, 2008-Ohio-1507. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for immediate stay of the lower court decisions,

It is ordered by the court that the motion is granted.

PFEIFER and O'DONNELL, JJ., dissent.

**2008–0758. Estate of Thompson v. Club Car, Inc.**

Richland App. No. 07CA70. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the court of appeals judgment,

It is ordered by the court that the motion is denied.

MOYER, C.J., and O'CONNOR and Lanzinger, JJ., dissent.

## MISCELLANEOUS DISMISSALS